# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. CV-05-68 |
| v. ) | |
| ) | |
| WYETH d/b/a WYETH, INC. ; ) | |
| et al. ) | |
| Defendants. ) | |

STATE OF ALABAMA

COUNTY OF MADISON

### Declaration of William S. Propst, Sr. Pursuant to 28 U.S.C. § 1746

1. "My name is William S. Propst, Sr. I am an adult resident citizen of Huntsville, Alabama. I am the President of Qualitest Pharmaceuticals, Inc., an Alabama corporation having its principal place of business at 130 Vintage Drive, Huntsville, Alabama. I have personal knowledge of the information contained in this Affidavit.

2. Qualitest has never sold Medroxyprogesterone Acetate ("MPA") directly to the ultimate user, i.e., consumer.

3. Qualitest has never manufactured any pharmaceutical product, including MPA. Qualitest has never held itself out as a manufacturer of any pharmaceutical product, including MPA.

4. Qualitest instead is a distributor of finished generic prescription drugs, including MPA, under its own private label.

5. All products distributed by Qualitest are manufactured, packaged, sealed and labeled by various third party manufacturers and shipped to Qualitest for distribution to Qualitest's customers.

Page 1 of 2   _WILLIAM S. PROPST_   _6-29-05_
              Name                    Date

6. Qualitest did not provide any warnings or package inserts for MPA, as any warnings or package inserts are provided by the manufacturer at the time of packaging and included in the label packaging.

7. For the most part, Qualitest sells and distributes its generic prescription drugs through wholesale distributors. Qualitest is not a conventional wholesaler of prescription drugs. In a sense, Qualitest is a super wholesaler which is between the manufacturer and the conventional wholesaler in the chain of distribution.

8. Qualitest does not open any sealed bottles of MPA for inspection. It simply distributes the MPA, in the unopened containers, to its customers, wholesale drug distributors.

9. Qualitest has never had any sales representatives call on doctors, or provided any samples to doctors for MPA.

10. The bottles of MPA distributed by Qualitest are sold to various wholesale drug distributors who distribute such medications to the public. Generally, the ultimate distributor to the public (pharmacies) provide the amount of MPA prescribed by a physician in a prescription bottle with a label containing various information including, but not limited to, the patient's name, the date, the pharmacy's prescription number, the directions for usage, and the prescribing physician's name. The labels placed on prescription bottles of MPA by pharmacies generally do not contain any information with regard to Qualitest or Qualitest's involvement in the distribution of MPA.

11. Qualitest has never recommended, or approved a recommendation, that any physician, pharmacist or consumer prescribe, dispense, or take MPA.

12 The language of the package insert and the package label for MPA were approved by the FDA.

13. If MPA is defective, which Qualitest denies, Qualitest had no knowledge of this defect, did not contribute to its defective condition and had no superior opportunity to inspect the product.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on June 28, 2005.

William S. Propst, Sr.

Page 2 of 2    _WILLIAM S. PROPST_            _6-29-05_
                Name                                    Date