# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, | ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. CV-2:05cv624-A |
| v. | ) ) |
| WYETH d/b/a WYETH, INC.; et al. | ) ) |
| Defendants. | ) |

STATE OF ALABAMA

COUNTY OF JEFFERSON

### Declaration of William Stephen Richards, II Pursuant to 28 U.S.C. § 1746

1. For the period of January 1, 1996 through January 4, 2003, I held the following positions with Wyeth: Area Account Manager – Medical Centers, Account Manager – Managed Care, District Manager and Musculoskeletal Specialty Manager.

2. In these positions, I never personally detailed Dr. Stuart May on Premarin, Prempro, Medroxyprogesterone Acetate ("MPA") or any other prescription drug.

3. As a District Manager, I frequently accompanied sales representatives of Wyeth on calls to doctors. I do not recall ever accompanying a Wyeth sales representative on a call to Dr. Stuart May.

4. I have no ownership interest in the medications sold by Wyeth. I do not have any involvement in the design, manufacture, or testing of medications.

5. I am not a medical doctor.

Page 1 of 2   _[signature]_   6-28-05
Name                              Date

6. I have had no interaction with the plaintiff in this case, Barbara D. Graham. At no time have I ever provided Premarin, Prempro, MPA or information concerning these medications directly to the plaintiff. I have never made any representations or warranties to the plaintiff regarding any HRT medication.

7. At no time did I make any statements to the general public or participate in any advertising or promotion to the general public concerning Premarin, Prempro or MPA.

8. I am not a pharmacist. I have never prescribed nor filled a prescription for Premarin, Prempro or MPA.

9. At no time did I ever sell, offer to sell, or take orders for sale of Premarin, Prempro or MPA.

10. At no time have I ever received notice of any breach of warranty claim from the named plaintiff."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2005.

_____
William Stephen Richards, II

Page 2 of 2   _William Stephen Richards_   _6-28-05_
              Name                          Date