# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA D. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. CV-2:05CV624-A |
| v. | ) | |
| | ) | |
| WYETH d/b/a WYETH, INC.; | ) | |
| et al. | ) | |
| Defendants. | ) | |

STATE OF ALABAMA

COUNTY OF MONGOMERY

### Declaration of Walter Scott Williams Pursuant to 28 U.S.C. § 1746

1. "I am a pharmaceutical sales representative for Wyeth. I first became employed as a pharmaceutical sales representative for Wyeth in April of 2001. Prior to that time, I never worked for any pharmaceutical company and, therefore, never marketed, sold or distributed hormone replacement therapy drugs.

2. I have no ownership interest in the medications sold by Wyeth. I do not have any involvement in the design, manufacture, or testing of medications.

3. I am not a medical doctor.

4. I have had no interaction with the plaintiff in this case, Barbara D. Graham At no time have I ever provided Premarin, Prempro or information concerning these medications directly to the plaintiff. I have never made any representations or warranties to the plaintiff regarding any HRT medication.

Page 1 of 2

_____  6/30/05
Name                        Date

5. At no time did I make any statements to the general public or participate in any advertising or promotion to the general public concerning Premarin or Prempro.

6. I am not a pharmacist. I have never prescribed nor filled a prescription for Premarin or Prempro.

7. At no time have I ever received notice of any breach of warranty from the named plaintiff."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2005.

*(signed)* Walter Scott Williams

*Page 2 of 2*    Name *(signed)*    Date 6/30/05