# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYETH d/b/a WYETH, INC. ; )<br>et al. )<br>Defendants. ) | CIVIL ACTION NO. CV-__2:05CV624-A__ |

STATE OF ALABAMA

COUNTY OF MONGOMERY

### Declaration of Charles Payne Pursuant to 28 U.S.C. § 1746

1. "I as employed as a sales representative by Wyeth from 1978 to 2001.

2. I have no ownership interest in the medications sold by Wyeth. I do not have any involvement in the design, manufacture, or testing of medications.

3. I am not a medical doctor.

4. I have had no interaction with the plaintiff in this case, Barbara D. Graham. At no time have I ever provided Premarin, Prempro or information concerning these medications directly to the plaintiff. I have never made any representations or warranties to the plaintiff regarding any HRT medication.

5. At no time did I make any statements to the general public or participate in any advertising or promotion to the general public concerning Premarin or Prempro.

6. I am not a pharmacist. I have never prescribed nor filled a prescription for Premarin or Prempro.

Page 1 of 2    _____    __6/30/05__
               Name                        Date

    7.    At no time have I ever received notice of any breach of warranty from the named plaintiff."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2005.

_____
Charles Payne