# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. CV-2:05CV624-A |
| v. ) | |
| ) | |
| WYETH d/b/a WYETH, INC.; ) | |
| et al. ) | |
| Defendants. ) | |

STATE OF ALABAMA

COUNTY OF MONGOMERY

### Declaration of William ("Bill") Madison Blount, III Pursuant to 28 U.S.C. § 1746

1. "I am a pharmaceutical sales representative for Wyeth. I first became a pharmaceutical sales representative for Wyeth in Montgomery County in 2001.

2. I have no ownership interest in the medications sold by Wyeth. I do not have any involvement in the design, manufacture, or testing of medications.

3. I am not a medical doctor.

4. I have had no interaction with the plaintiff in this case, Barbara D. Graham. At no time have I ever provided Premarin, Prempro or information concerning these medications directly to the plaintiff. I have never made any representations or warranties to the plaintiff regarding any HRT medication.

5. At no time did I make any statements to the general public or participate in any advertising or promotion to the general public concerning Premarin or Prempro.

Page 1 of 2    _William M. Blount III_    _6-30-05_
              Name                        Date

6. I am not a pharmacist. I have never prescribed nor filled a prescription for Premarin or Prempro.

7. At no time have I ever received notice of any breach of warranty from the named plaintiff."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2005.

_____
William ("Bill") Madison Blount, III

Page 2 of 2    _William M. Blount III_       _6-30-05_
                    Name                         Date