# EXHIBIT M

IN THE CIRCUIT COURT OF
BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| BARBARA D. GRAHAM, | ) |
| Plaintiff, | ) |
| | ) JURY DEMANDED |
| v. | ) |
| | ) CIVIL ACTION NO. 05-68 |
| WYETH d/b/a WYETH, INC.; et al. | ) |
| Defendants. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take note that Defendants Wyeth (registered to do business in Alabama as Wyeth, Inc.), and Wyeth Pharmaceuticals, Inc. has caused to be filed on the 1st day of July, 2005, in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal for the removal of the above-styled action to said Court. A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated this the 1st day of July, 2005.

_____
Lee H. Copeland (COP004)
Mitchel H. Boles (BOL029)
J. David Martin (MAR120)
**One of the Attorneys for Defendants
Wyeth a/k/a Wyeth, Inc.**

1

**OF COUNSEL:**

Lee H. Copeland
Mitchel H. Boles
J. David Martin
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:   (334) 834-3172

## CERTIFICATE OF SERVICE

    I hereby certify that on this the ___1st___ day of July, 2005, I have served a copy of the above and foregoing document upon the following counsel of record by First Class Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
Ted G. Meadows
Melissa A. Prickett
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:   334-269-2343
Facsimile:   334-954-7555
**Attorneys for Plaintiff -**

Wyeth Pharmaceuticals, Inc.
c/o The Prentice-Hall Corp
80 State Street
Albany, New York 12207

Qualitest Pharmaceuticals, Inc.
c/o William S. Propst, Sr.
130 Vintage Drive Northeast
Huntsville, Alabama 35011

Bill Blount
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

2

Williams Walter, III
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Charles H. Payne
c/o Donald R. Jones, Jr.
2000 Interstate Park Drive
Montgomery, Alabama 36109

Bill Richards
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

/s/ Daniel Martin
Of Counsel