RECEIVED
2005 JUL -1 P 3:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | **JURY DEMANDED** |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV624-A |
| ) | |
| WYETH d/b/a WYETH, INC. ; ) | |
| et al. ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendants Wyeth (registered to do business in Alabama as Wyeth, Inc.) and Wyeth Pharmaceuticals, Inc. files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure.

Wyeth does not have a parent corporation. No publicly held company owns ten percent (10%) or more of Wyeth's stock.

Wyeth Pharmaceuticals Inc. is an indirectly held, wholly owned subsidiary of Wyeth. One hundred percent (100%) of the stock of Wyeth Pharmaceuticals Inc. is indirectly owned by Wyeth.

DATED this the 1st day of July 2005.

_____
Lee H. Copeland (ASB-3461-072L)
Mitchel H. Boles
J. David Martin
**Attorneys for Defendants
Wyeth a/k/a Wyeth, Inc.**

**OF COUNSEL:**

Lee H. Copeland
Mitchel H. Boles
J. David Martin
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:   (334) 834-1180
Facsimile:   (334) 834-3172

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of July, 2005, I have served a copy of the above and foregoing document upon the following counsel of record by First Class Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
Ted G. Meadows
Melissa A. Prickett
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:   334-269-2343
Facsimile:   334-954-7555
**Attorneys for Plaintiff -**

Wyeth Pharmaceuticals, Inc.
c/o The Prentice-Hall Corp
80 State Street
Albany, New York 12207

Qualitest Pharmaceuticals, Inc.
c/o William S. Propst, Sr.
130 Vintage Drive Northeast
Huntsville, Alabama 35011

Bill Blount
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms

Madison, NJ 07940

Williams Walter, III
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Charles H. Payne
c/o Donald R. Jones, Jr.
2000 Interstate Park Drive
Montgomery, Alabama 36109

Bill Richards
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

/s/ David Martin
Of Counsel