IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA D. GRAHAM;** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * CASE NO. 2:05-cv-624A |
| | * |
| WYETH d/b/a WYETH, INC.; WYETH | * |
| PHARMACEUTICALS, INC.; QUALITEST | * |
| PHARMACEUTICALS, INC.; BILL BLOUNT; | * |
| WALTER WILLIAMS, III; JENNIFER | * |
| ANDREWS; CHARLES H. PAYNE; BILL | * |
| RICHARDS, et al., | * |
| | * |
| **Defendants.** | * |

## MOTION FOR EXPEDITED HEARING

Plaintiff respectfully requests this Court to set an expedited hearing on Plaintiff's Motion to Remand at the Court's earliest convenience. As grounds therefore, Plaintiff submits the following:

1. The Honorable William R. Wilson, the federal district judge presiding over the hormone therapy MDL proceedings in Arkansas, has concluded that transferor courts are in a better position than he to decide motions to remand. In an Order dated August 2, 2004, after ordering remand to state court based on the presence of diverse defendants, he concluded: "Having been in the position of both an MDL court in this case and a transferor court in other cases, I believe the issue of remand is better addressed by the transferor court." (Exhibit A at n. 6).

2. Because this Court lacks subject matter jurisdiction, this case is due to be remanded to the Circuit Court of Bullock County, Alabama. Therefore, any delay in

ruling on either of these motions may result in the unnecessary transfer of this case to the MDL.

 Respectfully submitted this the 8th day of July, 2005.

             /s/ Melissa A. Prickett
             Jere L. Beasley
             Andy D. Birchfield, Jr.
             Ted G. Meadows
             P. Leigh O'Dell
             Melissa A. Prickett
             Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL  36103-4160

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the foregoing document upon the parties <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 8th day of July, 2005.

             /s/ Melissa A. Prickett
             Of Counsel

**Attorneys for Defendants Wyeth, Inc.**
**and Wyeth Pharmaceuticals, Inc.:**
Lee H. Copeland
Mithcell H. Boles
J. David Martin
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101

**Attorney for Defendant Charles Payne:**
Donald R. Jones, Jr.
2000 Interstate Park Drive
Montgomery, Alabama  36109

Qualitest Pharmaceuticals, Inc.
c/o William S. Propst, Sr.
130 Vintage Drive Northeast
Huntsville, Alabama  35011

Bill Blount
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey  07940

Walter Williams, III
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940

Jennifer Andrews
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940

Bill Richards
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940