IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA D. GRAHAM, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO: 2:05-CV-624 |
| WYETH d/b/a WYETH, INC.; Et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Donald R. Jones, Jr., of the law firm of Donald R. Jones, Jr., Attorney at Law, P.C., and hereby enters his appearance as counsel for Defendant Charles H. Payne.

Respectfully submitted this 11th day of July, 2005.

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.
Donald R. Jones, Jr., P.C.
Alabama State Bar No. ASB-8900-067D
2000 Interstate Park Drive, Ste. 104
Montgomery, AL  36109
Telephone: (334) 27703939
Facsimile: (334) 277-3772
Attorney for Defendant Charles Payne

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ted Meadows
Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Myron C. Penn
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

Mitchel H. Boles
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347

Qualitest Pharmaceuticals, Inc.
c/o William S. Propst, Sr.
130 Vintage Drive Northeast
Huntsville, Alabama 35011

Bill Blount
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Williams Walter, III
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Bill Richards
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.