IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, | ) |
|     Plaintiff, | ) |
| v. | )  CIVIL ACTION NO: 2:05-CV-624 |
| WYETH d/b/a WYETH, INC.; Et al., | ) |
|     Defendants. | ) |

## MOTION TO DISMISS

COMES NOW Defendant Charles H. Payne and respectfully moves this court to dismiss this action against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As grounds for the motion Payne states the following:

1. This action is before this court following the removal by defendant Wyeth and Wyeth Pharmaceuticals INC. (collectively "Wyeth") from an Alabama state court. Wyeth alleges that diversity jurisdiction actually exists because the non-diverse defendants, including Payne, are fraudulently joined. In its Notice of Removal, Wyeth asserts that the Plaintiff has not and cannot state a valid claim against Payne, and others, for various reasons. Wyeth cites In re Rezulin Products Liability Litigation, 133 F. Supp. 2d 272, 286-288 (S.D.N.Y), and also asserts that Payne made no representation or warranty to the Plaintiff.

2. Retention of jurisdiction by this Court based on a fraudulent joinder necessarily requires dismissal of Payne.

Accordingly, pursuant to Rule 12(b)(6), Payne moves that the court dismiss him from this action.

Respectfully submitted this 15th day of July, 2005.

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.
Donald R. Jones, Jr., P.C.
Alabama State Bar No. ASB-8900-067D
2000 Interstate Park Drive, Ste. 104
Montgomery, AL  36109
Telephone: (334) 27703939
Facsimile: (334) 277-3772
Attorney for Defendant Charles Payne

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ted Meadows
Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Myron C. Penn
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

Mitchel H. Boles
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347

Qualitest Pharmaceuticals, Inc.
c/o William S. Propst, Sr.
130 Vintage Drive Northeast
Huntsville, Alabama 35011

Bill Blount
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Williams Walter, III
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Bill Richards
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

/s/ Donald R. Jones, Jr.\_\_\_
Donald R. Jones, Jr.