IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA D. GRAHAM** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05-CV-624A |
| v. | ) |
| | ) |
| **WYETH d/b/a WYETH, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Comes now Qualitest Pharmaceuticals, Inc. and notifies the Court that it is not a traded corporation.

Respectfully submitted,

/s/ Emily Sides Bonds
Emily Sides Bonds (ASB 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)
Attorney for Defendant, Qualitest Pharmaceuticals, Inc.

OF COUNSEL:

**Walston Wells Anderson & Birchall, LLP**
1819 5th Ave. North, Ste 1100 (35203)
P.O. Box 830642
Birmingham, AL 35283-0642
Telephone: (205) 244-5235
Telecopier: (205) 244-5435

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2005 a copy of the above and foregoing pleading has been served upon all counsel by efiling the same with the United States District Court for the Middle District of Alabama and/or placing in the United States mail as follows:

Andy D. Birchfield, Jr., Esq.
Ted G. Meadows, Esq.
Melissa A. Prickett, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Lee H. Copeland, Esq.
Mitchell H. Boles, Esq.
J. David Martin, Esq.
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101

Donald R. Jones, Jr., Esq.
2000 Interstate Park Drive
Montgomery, AL 36109

Bill Blount
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Walter Williams, III
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Bill Richards
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

                                              /s/ Emily Sides Bonds
                                                     Of Counsel