IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv624-A |
| ) | |
| WYETH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Remand (Doc. #4) and Plaintiff's Motion for Expedited Hearing (Doc. #5), it is hereby

ORDERED that the Defendants show cause, if any there be, **on or before August 3, 2005**, why the motions should not be granted. The Plaintiff is given **until August 17, 2005**, to reply, at which time the motions will be taken under submission.

DONE this 20th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE