IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA D. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. CV-_____ |
| v. | ) | |
| | ) | |
| WYETH d/b/a WYETH, INC. ; et al. | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### Declaration of Jennifer Andrews Pursuant to 28 U.S.C. § 1746

1.  "From 1999 to 2001, I was employed as a pharmaceutical sales representative for Innovex. Prior to that time, I never worked for any pharmaceutical company and, therefore, never marketed, sold or distributed hormone replacement therapy drugs. Since 2001, I have not worked for any pharmaceutical company and, therefore, have not marketed, sold or distributed hormone replacement therapy drugs.

2.  I have never detailed Dr. Stuart May on Premarin, Prempro or MPA.

3.  I have no ownership interest in the medications sold by Wyeth. I do not have any involvement in the design, manufacture, or testing of medications.

4.  I am not a medical doctor.

5.  I have had no interaction with the plaintiff in this case, Barbara D. Graham. At no time have I ever provided Premarin, Prempro, MPA or information concerning these medications

Page 1 of 2    _[signature]_                         6/29/05
               Name                                  Date

**EXHIBIT I**

directly to the plaintiff. I have never made any representations or warranties to the plaintiff regarding any HRT medication.

6. At no time did I make any statements to the general public or participate in any advertising or promotion to the general public concerning Premarin, Prempro or MPA.

7. I am not a pharmacist. I have never prescribed nor filled a prescription for Premarin, Prempro or MPA.

8. At no time did I ever sell, offer to sell, or take orders for sale of Premarin, Prempro or MPA.

9. At no time have I ever received notice of any breach of warranty from the named plaintiff."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2005.

*(signed)* Jennifer Andrews

Page 2 of 2    *Name* (signed)    6/29/05  *Date*