## WYETH-AYERST  LABORATORIES

10716 MILLY BRANCH, PIKE ROAD, AL 36064
(334) 244-1401
FAX: (334) 244-1401

DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

CHARLES H. PAYNE
Territory Manager

Office of Ethics and Business Conduct
American Home Products
P.O. Box 507
10 Lincoln Place
Madison, New Jersey 07940

July 18, 2000

Dear Sirs:

As a Wyeth-Ayerst representative, I have approximately 50 Redux lawsuits filed against me. The major accusation against me in most of these cases is that I detailed out of labeling when promoting Redux to physicians and thus more patients were prescribed the drug than would have if I had only promoted Redux within the indications in the package insert. I am not guilty of these accusation thus I do not have a conflict of interest with Wyeth-Ayerst or American Home Products and have been offered indemnity by company attorneys.

This letter deals with a potentially more serious problem for Wyeth-Ayerst and American Home Products if appropriate action is not taken immediately. As a Wyeth female health care representative I have been instructed with written presentations from company management to promote to physicians out of labeling indications such as but not limited to Alzheimer's disease, the reduction of cardiovascular disease, and vanity issues with Premarin and Prempro.

Since many recent studies have shown increased incidences of breast cancer, heart attack, and little effect on Alzheimer disease, and many physicians may have been influenced by representatives when detailing out of labeling to prescribe Premarin or Prempro, the liability for Wyeth-Ayerst could make the Redux lawsuits pale in comparison should upcoming studies show continued problems or should patients be prescribed these products for these out of labeling indications and experience any medical problems.

During a recent meeting with management I was accused of being negative toward my district and area. A few days later I gave the attached letter to my immediate supervisor and was told that a conference would be held within two days with my area manager

Confidential Pursuant to Confidentiality Order

EXHIBIT
A

CORRA001-000125

CORRA001-000125

district members have been told that "it is a critical time in their career and they need to be team members" and I have recently received a letter stating that I was insubordinate to my manager for my views and statements.

My sales, monetary incentives, and health have been impaired by this matter but I feel very strongly about this issue. This is a potentially life threatening situation for the women in Alabama and Georgia and I will not be intimidated or coerced to relent in my actions to correct this problem.

I have worked with Wyeth-Ayerst for over 22 years and won the president's golden circle award in 1995. I was an area trainer from 1996-1998 and in my entire career have never had any problems with management until my stand on the unethical, unprofessional, and illegal actions outlined above. As stated in the attached letter, I believe in the products and the company I work for but I will not be intimidated for any reason. The Wyeth-Ayerst Alabama-Georgia area office is out of control.

American Home Products and Wyeth-Ayerst have enough problems without another potential disaster occurring through out of labeling promotion. We are not selling used cars. We are selling pharmaceuticals that effect the lives of every woman that takes them. The desire for increased sales has overruled our company's ethical responsibility to promote our products safely.

Please have an appropriate member of American Home Products legal department contact me immediately so that this matter may be resolved or I will be forced to seek an alternative course of action.

Sincerely,

*[signature]*

Charles H. Payne
Wyeth-Ayerst Territory Manager
23CWA

cc: John Stafford, Chairman, President, and Chief Executive Officer, American Home Products

Bill Richards, District Manager, Wyeth-Ayerst
Steve Kaiser, Area Business Director, Wyeth-Ayerst
Charles Graddick, Esq., Sims, Graddick, and Dodson

Confidential Pursuant to Confidentiality Order

CORRA001-000126

CORRA001-000126