# National Drug Code Directory

Current through June 30, 2005

Preface

FAQs

Search by Proprietary Name    Search by NDC Number

Search by Active Ingredient    Search by Firm Name

Drug questions email: DRUGINFO@CDER.FDA.GOV

See also: Drug Registration and Listing Instructions
National Drug Code Directory Data Files

U.S Department of Health and Human Services
Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Data Management and Services

---

FDA/Center for Drug Evaluation and Research
Last Updated: July 15, 2005



EXHIBIT D

**NDC Search Results on medroxyprogesterone acetate**

| Trade Name | NDC Number | Strength | Firm Name |
|---|---|---|---|
| MEDROXYPROGESTERONE ACETATE TABLETS | 0009-3740 | 2.5MG | PHARMACIA ANI |
| MEDROXYPROGESTERONE ACETATE TABLETS | 0009-3741 | 5MG | PHARMACIA ANI |
| MEDROXYPROGESTERONE ACETATE TABLETS | 0009-3742 | 10MG | PHARMACIA ANI |
| MEDROXYPROGESTERONE ACETATE INJECTION SUSPENSION | 63704-905 | 150MG/ML | PHARMACIST PH |
| MEDROXYPROGESTERONE ACETATE TABLETS | 54868-2984 | 2.5MG | PHYSICIANS TOT |
| MEDROXYPROGESTERONE ACETATE TABLETS | 68788-0779 | 10MG | PREFERRED PHA |
| MEDROXYPROGESTERONE ACETATE TABLETS | 68788-0872 | 2.5MG | PREFERRED PHA |
| MEDROXYPROGESTERONE ACETATE TABLETS | 0603-4368 | 10MG | QUALITEST PHAI |
| MEDROXYPROGESTERONE ACETATE INJECTION SUSPENSION | 0703-6801 | 150MG/ML | SICOR PHARMAC |
| MEDROXYPROGESTERONE ACETATE TABLETS | 58016-980 | 5MG | SOUTHWOOD PH |
| MEDROXYPROGESTERONE ACETATE TABLETS | 44514-542 | 10MG | TALBERT MEDIC |
| MEDROXYPROGESTERONE ACETATE USP | 55387-2800 | 100% | TRANSO PHARM |
| MEDROXYPROGESTERONE ACETATE TABLETS USP | 0677-1619 | 10MG | UNITED RESEAR( |
| MEDROXYPROGESTERONE ACETATE TABLETS USP | 0677-1617 | 2.5MG | UNITED RESEAR( |
| MEDROXYPROGESTERONE ACETATE TABLETS USP | 0677-1618 | 5MG | UNITED RESEAR( |
| MEDROXYPROGESTERONE ACETATE TABLETS | 0832-0087 | 10MG | USL PHARMA IN( |

1-30    **31-46**

Return to National Drug Code Directory Home Page

**Firm Name:**        QUALITEST PHARMACEUTICALS INC
**Address Header:**
**Street:**           1236 JORDON RD
**PO Box:**
**Foreign Address:**
**City, State Zip**   HUNTSVILLE, AL 35811
**Country Name**      UNITED STATES

Return to National Drug Code Directory Home Page