

U.S. DISTRICT COURT RECORD


Record Current Through:      09/11/2004
Source Last Updated:         08-08-2005
Current Date:                08/08/2005
Source:                      U.S. DISTRICT COURT WESTERN DISTRICT OF NORTH
                             CAROLINA, NC

                             DEFENDANT INFORMATION


Name:                        WILLIAM PROPST, SR.

                             COURT & CASE INFORMATION


Court:                       U.S. DISTRICT COURT WESTERN DISTRICT OF NORTH
                             CAROLINA (CHARLOTTE)

Court State:                 NC

Judge:                       JUDGE GRAHAM C. MULLEN

Case Number:                 3:2004CR201

Charges Filed Date:          07/28/2004

Attorney:                    DAVID S. RUDOLF
                             RUDOLF, MAHER, WIDENHOUSE & FIALKO
                             1800 CAMDEN RD.
                             CHARLOTTE, NC 28203
Attorney Type:               RETAINED COUNSEL

Attorney:                    CHRISTOPHER C. FIALKO
                             MARTINSON & BEACON
                             115 NORTH SIDE SQUARE
                             HUNTSVILLE, AL 35801-4822
Attorney Type:               RETAINED COUNSEL

Attorney:                    GEORGE M. BEASON, JR.
Attorney Type:               RETAINED COUNSEL

Prosecuting Agency:          UNITED STATES OF AMERICA
Prosecutor:                  MICHAEL E. SAVAGE
                             U.S. ATTORNEY'S OFFICE

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT

E

227 W. TRADE ST.
USA

Prosecuting Agency:    UNITED STATES OF AMERICA
Prosecutor:            HOLLY A. PIERSON
                       U.S. ATTORNEY'S OFFICE
                       227 W. TRADE ST.
                       USA

**CURRENT CHARGE OR OFFENSE INFORMATION**


Offense Committed:     18 USCA 371 (FELONY) CONSPIRACY TO DEFRAUD THE
                       UNITED STATES (1)
Class of Offense:      4

Offense Committed:     21 USCA 331A (FELONY) 333(A)(2), 18 USCA 2
                       ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (2 - 54)
Class of Offense:      4

Offense Committed:     21 USCA 331A (FELONY) AND 333(A)(2), 18 USCA 2
                       ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (55 -
                       107)
Class of Offense:      4

Offense Committed:     21 USCA 331A (FELONY) AND 333(A)(1) AND 18 USCA 2
                       ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (108 -
                       160)
Class of Offense:      4

Offense Committed:     21 USCA 331A (FELONY) AND 333(A)(1) AND 18 USCA 2
                       ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (161 -
                       213)
Class of Offense:      4

Offense Committed:     18 USCA 1343 (FELONY) AND 2 FRAUD BY WIRE, RADIO, OR
                       TELEVISION (214 - 235)
Class of Offense:      4

*The preceding record is for informational purposes only and is not the official
record. This information is not warranted for accuracy or completeness. For
copies of the official record (of conviction or incarceration), contact the agency
or court.*

*This information is not to be used for any purpose regulated by the fair credit
reporting act including employment screening or in violation of any local or state
law.*

                TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
                     CALL 1-877-DOC-RETR (1-877-362-7387).

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.



**U.S. DISTRICT COURT RECORD**


Record Current Through:        09/11/2004
Source Last Updated:           08-08-2005
Current Date:                  08/08/2005
Source:                        U.S. DISTRICT COURT WESTERN DISTRICT OF NORTH
                               CAROLINA, NC


                        **DEFENDANT INFORMATION**


Name:                          **WILLIAM PROPST**, JR.

                          **COURT & CASE INFORMATION**


Court:                         U.S. DISTRICT COURT WESTERN DISTRICT OF NORTH
                               CAROLINA (CHARLOTTE)

Court State:                   NC

Judge:                         JUDGE GRAHAM C. MULLEN

Case Number:                   3:2004CR201

Charges Filed Date:            07/28/2004

Attorney:                      EDWARD T. HINSON, JR.
                               JAMES, MCELROY & DIEHL
                               600 S. COLLEGE ST.
Attorney Type:                 RETAINED COUNSEL

Prosecuting Agency:            UNITED STATES OF AMERICA
Prosecutor:                    MICHAEL E. SAVAGE
                               U.S. ATTORNEY'S OFFICE
                               227 W. TRADE ST.
                               USA

Prosecuting Agency:            UNITED STATES OF AMERICA
Prosecutor:                    HOLLY A. PIERSON
                               U.S. ATTORNEY'S OFFICE
                               227 W. TRADE ST.
                               USA

                  **CURRENT CHARGE OR OFFENSE INFORMATION**

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Offense Committed:              18 USCA 371 (FELONY) CONSPIRACY TO DEFRAUD THE
                                UNITED STATES (1)
Class of Offense:               4

Offense Committed:              21 USCA 331A (FELONY) 333(A)(2), 18 USCA 2
                                ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (2 - 54)
Class of Offense:               4

Offense Committed:              21 USCA 331A (FELONY) AND 333(A)(2), 18 USCA 2
                                ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (55 -
                                107)
Class of Offense:               4

Offense Committed:              21 USCA 331A (FELONY) AND 333(A)(1) AND 18 USCA 2
                                ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (108 -
                                160)
Class of Offense:               4

Offense Committed:              21 USCA 331A (FELONY) AND 333(A)(1) AND 18 USCA 2
                                ADULTERATION OR MISBRANDING OF ANY FOOD, DRUG (161 -
                                213)
Class of Offense:               4

Offense Committed:              18 USCA 1343 (FELONY) AND 2 FRAUD BY WIRE, RADIO, OR
                                TELEVISION (214 - 235)
Class of Offense:               4

*The preceding record is for informational purposes only and is not the official
record. This information is not warranted for accuracy or completeness. For
copies of the official record (of conviction or incarceration), contact the agency
or court.*

*This information is not to be used for any purpose regulated by the fair credit
reporting act including employment screening or in violation of any local or state
law.*

                    TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
                        CALL 1-877-DOC-RETR (1-877-362-7387).

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:04-cr-00201-ALL

Case title: USA, et al v. Vintage Pharm, et al                    Date Filed: 07/28/2004

Assigned to: Graham Mullen
Referred to: David Keesler

**Defendant**

**Vintage Pharmaceuticals, Inc. (1)**          represented by **Alan R. Dial**
King & Spalding, LLP
1730 Pennsylvania Ave., NW
Washington, DC 20006-4706
202/626-2909
Fax: 626-3737
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Anne R. Ortmans**
King & Spalding, LLP
1730 Pennsylvania Ave., NW
Washington, DC 20006-4706
202/626-2909
Fax: 626-3737
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Christopher C. Fialko**
Rudolf, Widenhouse & Fialko
1800 Camden Road, Suite 105
Charlotte, NC 28203
704/333-9945
Fax: 704/335-0224
Email: cfialko@rwf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David S. Rudolf**
Rudolf, Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
919/967-4900
Fax: 967-4953

*TERMINATED: 02/18/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Eugene M. Pfeifer**
King & Spalding, LLP
1730 Pennsylvania Ave., NW
Washington, DC 20006-4706
202/626-2909
Fax: 626-3737
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark Brown**
King & Spalding, LLP
1730 Pennsylvania Ave., NW
Washington, DC 20006-4706
202/626-2909
Fax: 626-3737
Email: mbrown@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1s)

21:331A.F 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(2-54)

21:331A.F, 21:331(a)(2), 21:331(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(2s-20s)

21:331A.F, 21:333(a)(2), 21:333(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(21s-39s)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(40s-61s)

**Disposition**

21:331A.F and 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(55-107)

21:331A.F and 333(a)(1) and 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(108-160)

21:331A.F and 333(a)(1) and 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(161-213)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(214-235)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Graham Mullen
Referred to: David Keesler

**Defendant**

| **William Propst, Sr.** (2) | represented by | **Christopher C. Fialko** |
| --- | --- | --- |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **David S. Rudolf** |
| | | (See above for address) |
| | | *TERMINATED: 02/18/2005* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**George M. Beason, Jr.**
Martinson & Beacon
115 North Side Square
Huntsville, AL 35801-4822
256/533-1667
Email: gbeason@mblawhsv.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gregory B. Craig**
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005
202/434-5000
Fax: 434-5760
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicholas J. Boyle**
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005
202/434-5000
Fax: 435-5029
Email: nboyle@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Paul Hourihan**
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5880
Fax: 202-435-5029
Email: dzinn@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | |

21:331A.F 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(2-54)

21:331A.F, 21:331(a)(2), 21:331(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(2s-20s)

21:331A.F, 21:333(a)(2), 21:333(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(21s-39s)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(40s-61s)

21:331A.F and 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(55-107)

21:331A.F and 333(a)(1) and 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(108-160)

21:331A.F and 333(a)(1) and 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(161-213)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(214-235)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Graham Mullen

Referred to: David Keesler

**Defendant**

**William Propst, Jr.** (3)                    represented by    **Edward Theodore Hinson, Jr.**
                                                                James, McElroy & Diehl
                                                                Suite 3000
                                                                600 South College Street
                                                                Charlotte, NC 28202
                                                                704/372-9870
                                                                Fax: 704/350-9333
                                                                Email: ehinson@jmdlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

**Pending Counts**                                              **Disposition**

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1s)

21:331A.F 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(2-54)

21:331A.F, 21:331(a)(2), 21:331(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(2s-20s)

21:331A.F, 21:333(a)(2), 21:333(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(21s-39s)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(40s-61s)

21:331A.F and 333(a)(2), 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(55-107)

21:331A.F and 333(a)(1) and 18:2
ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(108-160)

21:331A.F and 333(a)(1) and 18:2

ADULTERATION OR MISBRANDING
OF ANY FOOD, DRUG
(161-213)

18:1343.F and 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(214-235)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Graham Mullen
Referred to: David Keesler

**Defendant**

**Qualitest Pharmaceuticals, Inc.** (4)                represented by **Mark Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |

21:331A.F, 21:333(a)(2), 21:333(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(2-20)

21:331A.F 21:333(a)(2), 21:333(a)(1) and
18:2 ADULTERATION OR
MISBRANDING OF ANY FOOD, DRUG
(21-39)

18:1343.F & 2 FRAUD BY WIRE,
RADIO, OR TELEVISION

(40-61)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                                    represented by   **Holly A. Pierson**
                                                            U.S. Attorney's Office
                                                            227 W. Trade St.
                                                            1700 Carillon
                                                            Charlotte, NC 28202
                                                            704/344-6222
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew T. Martens**
                                                            U.S. Attorney's Office
                                                            227 W. Trade St.
                                                            1700 Carillon
                                                            Charlotte, NC 28202
                                                            704-344-6222
                                                            Fax: 704-344-6629
                                                            Email: matthew.martens2@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael E. Savage**
                                                            U.S. Attorney's Office
                                                            227 W. Trade St.
                                                            1700 Carillon
                                                            Charlotte, NC 28202
                                                            704/344-6222
                                                            Fax: 704/227-0197
                                                            Email: mike.savage2@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2004 | 58 | SEALED Addendum by Vintage Pharm, William Propst Sr., William Propst Jr. re: [49-1] motion to Quash Grand Jury Subpoena duces tecum (clc) (Entered: 01/11/2005) |
| 01/03/2004 | 58 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 01/11/2005) |
| 07/28/2004 | 1 | INDICTMENT as to Vintage Pharm (1) count(s) 1, 2-54, 55-107, 108-160, 161-213, 214-235, William Propst (2) count(s) 1, 2-54, 55-107, 108-160, 161-213, 214-235, William Propst (3) count(s) 1, 2-54, 55-107, 108-160, 161-213, 214-235 (tob) (Entered: 07/29/2004) |
| 07/28/2004 | | SUMMONS(ES) issued for Vintage Pharm, William Propst Sr., William Propst Jr. Initial Appearance set for 9:30 8/17/04 for Vintage Pharm, for William Propst Sr., for William Propst Jr. Arraignment set for 9:30 8/17/04 for Vintage Pharm, for William Propst Sr., for William Propst Jr. (tob) (Entered: 07/29/2004) |
| 07/30/2004 | 2 | SUMMONS Returned Executed as to Vintage Pharm (clc) (Entered: 07/30/2004) |
| 07/30/2004 | 3 | SUMMONS Returned Executed as to William Propst Sr. (clc) (Entered: 07/30/2004) |
| 08/05/2004 | 4 | SUMMONS Returned Executed as to William Propst Jr. (clc) (Entered: 08/12/2004) |
| 08/17/2004 | | Initial Appearance as to Vintage Pharm, William Propst Sr., William Propst Jr. held Dft informed of rights. Judge: horn Court Rptr: tob ftr AUSA: Pierson (tob) (Entered: 08/17/2004) |
| 08/17/2004 | 5 | Unsecured BOND entered by William Propst Sr. in Amount $ 100,000 (tob) (Entered: 08/17/2004) |
| 08/17/2004 | 6 | ORDER Setting Conditions of Release as to William Propst Sr. ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/17/2004) |
| 08/17/2004 | 7 | Unsecured BOND entered by William Propst Jr. in Amount $ 100,000 (tob) (Entered: 08/17/2004) |
| 08/17/2004 | 8 | ORDER Setting Conditions of Release as to William Propst Jr. ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/17/2004) |
| 08/17/2004 | | MOTION in open court by Vintage Pharm, William Propst Sr., William Propst Jr. to Continue Arraignment (tob) (Entered: 08/23/2004) |
| 08/17/2004 | | ORAL ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [0-0] oral motion to Continue Arraignment as to Vintage Pharm (1), William Propst (2), William Propst (3) ( Entered by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/23/2004) |
| 08/20/2004 | 9 | MOTION by William Propst Sr. for George M. Beason, Jr. to Appear Pro Hac Vice (clc) (Entered: 08/23/2004) |
| | | |

| 08/20/2004 | | PHV Fee Paid Atty: George M. Beason, Jr. as to William Propst Sr. in Amount $ 100.00 Receipt # 29813 (clc) (Entered: 08/23/2004) |
|---|---|---|
| 08/20/2004 | 10 | MOTION by Vintage Pharm for Eugene M. Pfeifer & Mark Brown to Appear Pro Hac Vice (clc) (Entered: 08/23/2004) |
| 08/20/2004 | | PHV Fee Paid Atty: Euguen Pfeifer & Mark Brown as to Vintage Pharm in Amount $ 200.00 Receipt # 29812 (clc) (Entered: 08/23/2004) |
| 08/23/2004 | | NOTICE of Hearing as to Vintage Pharm, William Propst Sr., William Propst Jr.:, reset Arraignment for 9:30 9/7/04 for Vintage Pharm, for William Propst Sr., for William Propst Jr. before Magistrate Judge Carl Horn III (tob) (Entered: 08/23/2004) |
| 08/23/2004 | 11 | ORDER as to Vintage Pharm granting [10-1] motion for Eugene M. Pfeifer & Mark Brown to Appear Pro Hac Vice as to Vintage Pharm (1) ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 08/24/2004) |
| 08/23/2004 | 12 | ORDER as to William Propst Sr. granting [9-1] motion for George M. Beason, Jr. to Appear Pro Hac Vice as to William Propst (2) ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 08/24/2004) |
| 08/30/2004 | 13 | Standard Discovery Motion as to Vintage Pharm, William Propst Sr., William Propst Jr. (ssh) (Entered: 08/31/2004) |
| 08/31/2004 | 14 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr. for scheduling order (clc) (Entered: 09/01/2004) |
| 09/01/2004 | | PHV Fee Paid Atty: Goerge Beason as to William Propst Sr., William Propst Jr. in Amount $ 100.00 Receipt # 29902 (clc) (Entered: 09/01/2004) |
| 09/01/2004 | 15 | WAIVER OF PERSONAL APPEARANCE at Arraignment and Entry of Plea of Not Guilty by Vintage Pharm (tob) (Entered: 09/02/2004) |
| 09/01/2004 | 16 | Arraignment Order as to Vintage Pharm setting Calendar Call for 10:00 9/13/04 for Vintage Pharm ; ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 09/02/2004) |
| 09/01/2004 | 17 | Standard Discovery Order as to Vintage Pharm (tob) (Entered: 09/02/2004) |
| 09/01/2004 | 18 | WAIVER OF PERSONAL APPEARANCE at Arraignment and Entry of Plea of Not Guilty by William Propst Sr. (tob) (Entered: 09/02/2004) |
| 09/01/2004 | 19 | Arraignment Order as to William Propst Sr. setting Calendar Call for 10:00 9/13/04 for William Propst Sr. ; ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 09/02/2004) |
| 09/01/2004 | 20 | Standard Discovery Order as to William Propst Sr. (tob) (Entered: 09/02/2004) |
| 09/02/2004 | 21 | WAIVER OF PERSONAL APPEARANCE at Arraignment and Entry of Plea of Not Guilty by William Propst Jr. (tob) (Entered: 09/02/2004) |
| 09/02/2004 | 22 | Arraignment Order as to William Propst Jr. setting Calendar Call for 10:00 9/13/04 for William Propst Jr. ; ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 09/02/2004) |

| 09/02/2004 | 23 | Standard Discovery Order as to William Propst Jr. (tob) (Entered: 09/02/2004) |
| 09/03/2004 | 24 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. re [14-1] motion for scheduling order (clc) (Entered: 09/07/2004) |
| 09/03/2004 | 25 | MOTION by William Propst Sr. to Modify Conditions of Release to allow travel w/in any of the 50 States referred to: Magistrate Judge Carl Horn III (clc) (Entered: 09/07/2004) |
| 09/07/2004 | 30 | ORDER as to William Propst Sr. granting [25-1] motion to Modify Conditions of Release to allow travel w/in any of the 50 States as to William Propst (2) ( Signed by Magistrate Judge Carl Horn III ) (jlk) (Entered: 09/10/2004) |
| 09/08/2004 | 26 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. re [14-1] motion for scheduling order (ssh) (Entered: 09/08/2004) |
| 09/08/2004 | 27 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr. to Continue from the September, 2004 trial term referred to: Judge Graham C. Mullen (jlk) (Entered: 09/10/2004) |
| 09/08/2004 | 28 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [14-1] motion for scheduling order as to Vintage Pharm (1), William Propst (2), William Propst (3); hrg. shall be set for 9/16/04 @ 2:00 p.m. ( Signed by Judge Graham C. Mullen ) (jlk) (Entered: 09/10/2004) |
| 09/09/2004 | 29 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [27-1] motion to Continue from the September, 2004 trial term as to Vintage Pharm (1), William Propst (2), William Propst (3), to Continue in Interests of Justice Time excluded from 9/13/04 to 1/3/05 , reset Calendar Call for 10:00 1/3/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. before Judge Graham C. Mullen ( Signed by Judge Graham C. Mullen ) (jlk) (Entered: 09/10/2004) |
| 09/14/2004 | 31 | MOTION by William Propst Jr. to Modify Conditions of Release referred to: Magistrate Judge Carl Horn III (mga) (Entered: 09/14/2004) |
| 09/15/2004 | 32 | ORDER as to William Propst Jr. granting [31-1] motion to Modify Conditions of Release as to William Propst (3) ( Signed by Magistrate Judge Carl Horn III ) (clc) (Entered: 09/15/2004) |
| 09/16/2004 | 33 | MOTION by Vintage Pharm for Anne R. Ortmans & Alan Dial to Appear Pro Hac Vice (clc) (Entered: 09/17/2004) |
| 09/16/2004 |  | PHV Fee Paid Atty: Ann Ortmans & Alan Dial as to Vintage Pharm in Amount $ 200.00 Receipt # 30065 (clc) (Entered: 09/17/2004) |
| 09/16/2004 |  | Miscellaneous (Scheduling) Hearing as to Vintage Pharm, William Propst Sr., William Propst Jr. held (clc) (Entered: 09/17/2004) |
| 09/16/2004 |  | ORAL ORDER as to Vintage Pharm granting [33-1] motion for Anne R. Ortmans & Alan Dial to Appear Pro Hac Vice as to Vintage Pharm (1) ( Entered by Judge Graham C. Mullen ) (clc) (Entered: 09/17/2004) |
| 09/16/2004 | 34 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [14-1] motion for scheduling order ( Signed by Judge Graham C. Mullen ) (clc) |

| | | (Entered: 09/17/2004) |
|---|---|---|
| 09/16/2004 | | Deadline updated as to Vintage Pharm, William Propst Sr., William Propst Jr., reset Calendar Call for 10:00 5/2/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. before Judge Graham C. Mullen per scheduling order filed 9/16/04 (jlk) (Entered: 12/02/2004) |
| 09/16/2004 | 34 | Scheduling ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., to Continue in Interests of Justice Time excluded from 9/13/04 to 5/2/05 , reset Calendar Call for 10:00 5/2/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. before Judge Graham C. Mullen ( Signed by Judge Graham C. Mullen ) (jlk) (Entered: 12/02/2004) |
| 09/20/2004 | 35 | ORDER as to Vintage Pharm granting [33-1] motion for Anne R. Ortmans & Alan Dial to Appear Pro Hac Vice (follows oral order granting [33-1] motion for Anne R. Ortmans & Alan Dial to Appear Pro Hac Vice as to Vintage Pharm (1) entered 9/16/04 ) ( Signed by Judge Graham C. Mullen ) (jlk) (Entered: 09/20/2004) |
| 09/21/2004 | | TRANSCRIPT filed in case as to Vintage Pharm, William Propst Sr., William Propst Jr. for dates of 9/16/04 Crt Rptr: Joy Kelly (clc) (Entered: 09/22/2004) |
| 11/22/2004 | 36 | MOTION by William Propst Sr. for David M. Zinn to Appear Pro Hac Vice referred to: Magistrate Judge David C. Keesler (clc) (Entered: 11/23/2004) |
| 11/22/2004 | 37 | MOTION by William Propst Sr. for Paul T. Hourihan to Appear Pro Hac Vice referred to: Magistrate Judge David C. Keesler (clc) (Entered: 11/23/2004) |
| 11/22/2004 | 38 | MOTION by William Propst Sr. for Kevin M. Downey to Appear Pro Hac Vice referred to: Magistrate Judge David C. Keesler (clc) (Entered: 11/23/2004) |
| 11/22/2004 | 39 | MOTION by William Propst Sr. for Gregory B. Craig to Appear Pro Hac Vice referred to: Magistrate Judge David C. Keesler (clc) (Entered: 11/23/2004) |
| 11/29/2004 | 40 | ORDER as to William Propst Sr. granting [36-1] motion for David M. Zinn to Appear Pro Hac Vice as to William Propst (2) ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 11/30/2004) |
| 11/29/2004 | 41 | ORDER as to William Propst Sr. granting [37-1] motion for Paul T. Hourihan to Appear Pro Hac Vice as to William Propst (2) ( Signed by Magistrate Judge David C. Keesler ) (clc) (Entered: 11/30/2004) |
| 11/29/2004 | 42 | ORDER as to William Propst Sr. granting [38-1] motion for Kevin M. Downey to Appear Pro Hac Vice as to William Propst (2) ( Signed by Magistrate Judge David C. Keesler ) (clc) (Entered: 11/30/2004) |
| 11/29/2004 | 43 | ORDER as to William Propst Sr. granting [39-1] motion for Gregory B. Craig to Appear Pro Hac Vice as to William Propst (2) ( Signed by Magistrate Judge David C. Keesler ) (clc) (Entered: 11/30/2004) |
| 12/01/2004 | 44 | MOTION by William Propst Sr. to Amend [34-1] order (clc) (Entered: 12/03/2004) |
| 12/04/2004 | 45 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr. to Dismiss , or in the alt for Evidentiary Hearing (clc) (Entered: 12/06/2004) |

| 12/04/2004 | 46 | AFFIDAVIT/Declaration of Charles J. Raubicheck by Vintage Pharm, William Propst Sr., William Propst Jr. Re: [45-1] motion to Dismiss, [45-2] motion for Evidentiary Hearing (clc) (Entered: 12/06/2004) |
|---|---|---|
| 12/06/2004 | 47 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [44-1] motion to Amend [34-1] scheduling order as to William Propst (2) ( Signed by Judge Graham C. Mullen ) (ssh) (Entered: 12/07/2004) |
| 12/06/2004 | 48 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. re [44-1] motion to Amend [34-1] order (clc) (Entered: 12/09/2004) |
| 12/08/2004 | 49 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/09/2004) |
| 12/08/2004 | 50 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/09/2004) |
| 12/09/2004 | 51 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/09/2004) |
| 12/09/2004 | 52 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/14/2004) |
| 12/10/2004 | 53 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/14/2004) |
| 12/10/2004 | 54 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/14/2004) |
| 12/10/2004 | 55 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/14/2004) |
| 12/16/2004 | 56 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/22/2004) |
| 12/16/2004 | 57 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 12/22/2004) |
| 01/10/2005 |  | NOTICE of Hearing as to Vintage Pharm :, Motion Hearing set for 10:00 2/1/05 for Vintage Pharm for [49-1] motion to Quash Grand Jury Subpoena duces tecum before Judge Graham C. Mullen (jlk) (Entered: 01/10/2005) |
| 01/28/2005 | 59 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 01/28/2005) |
| 01/31/2005 | 60 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (jlk) (Entered: 02/01/2005) |
| 02/01/2005 |  | Motion Hearing held as to Vintage Pharm, William Propst Sr., William Propst Jr. re: [49-1] motion to Quash Grand Jury Subpoena duces tecum Judge: Mullen Court Rptr: Kelly AUSA: Pierson (ssh) (Entered: 02/01/2005) |
| 02/01/2005 |  | ORAL ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. , to Continue in Interests of Justice Time excluded from 5/2/05 to 10/3/05 , set Calendar Call for 10:00 10/3/05 for Vintage Pharm, for William Propst Sr., for |

| | | |
|---|---|---|
| | | William Propst Jr. before Judge Graham C. Mullen ( Entered by Judge Graham C. Mullen ) (ssh) (Entered: 02/01/2005) |
| 02/03/2005 | 61 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr. to Compel discovery w/memo in support referred to: Judge Graham C. Mullen (jlk) (Entered: 02/03/2005) |
| 02/03/2005 | 63 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. [45-1] motion to Dismiss referred to Magistrate Judge David C. Keesler as to Vintage Pharm (1), William Propst (2), William Propst (3), [45-2] motion for Evidentiary Hearing referred to Magistrate Judge David C. Keesler as to Vintage Pharm (1), William Propst (2), William Propst (3) ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 02/07/2005) |
| 02/04/2005 | 62 | Scheduling ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. ( Signed by Magistrate Judge David C. Keesler ) (ssh) (Entered: 02/04/2005) |
| 02/04/2005 | 64 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 02/07/2005) |
| 02/04/2005 | | TRANSCRIPT filed in case as to Vintage Pharm, William Propst Sr., William Propst Jr. for dates of 2/1/05 Crt Rptr: Joy Kelly (clc) (Entered: 02/07/2005) |
| 02/07/2005 | 65 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., to Continue in Interests of Justice Time excluded from 5/2/05 to 10/3/05 , reset Calendar Call for 10:00 10/3/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. before Judge Graham C. Mullen (follows oral order entered 2/1/05 ) ( Signed by Judge Graham C. Mullen ) (jlk) (Entered: 02/07/2005) |
| 02/08/2005 | 66 | SEALED RESPONSE by Vintage Pharm, William Propst Sr., William Propst Jr. to [64-1] motion to lift stay as to subpoenas as testificandum (clc) Modified on 02/09/2005 (Entered: 02/08/2005) |
| 02/08/2005 | 66 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 02/09/2005) |
| 02/10/2005 | | NOTICE of Hearing as to Vintage Pharm, William Propst Sr., William Propst Jr.:, Motion Hearing set for 2:30 2/15/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. for [64-1] motion to lift stay as to subpoenas as testificandum before Judge Graham C. Mullen (jlk) (Entered: 02/10/2005) |
| 02/15/2005 | 67 | SEALED STATUS REPORT by Vintage Pharm, William Propst Sr., William Propst Jr. (jlk) (Entered: 02/15/2005) |
| 02/15/2005 | 68 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (jlk) (Entered: 02/15/2005) |
| 02/15/2005 | | Motion Hearing held as to Vintage Pharm, William Propst Sr., William Propst Jr. re: [64-1] motion to lift stay as to subpoenas as testificandum Judge: Mullen Court Rptr: Joy Kelly AUSA: Holly Pierson and Mike Savage (jlk) (Entered: 02/15/2005) |
| 02/15/2005 | | ORAL ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [64-1] motion to lift stay as to subpoenas as testificandum as to Vintage |

| | | |
|---|---|---|
| | | Pharm (1), William Propst (2), William Propst (3) ( Entered by Judge Graham C. Mullen ) (jlk) (Entered: 02/15/2005) |
| 02/18/2005 | | TRANSCRIPT filed in case as to Vintage Pharm, William Propst Sr., William Propst Jr. for dates of 2/15/05 Crt Rptr: Joy Kelly (clc) (Entered: 02/18/2005) |
| 02/22/2005 | | NOTICE of Hearing as to Vintage Pharm, William Propst Sr., William Propst Jr.:, Motion Hearing set for 2:00 3/16/05 for Vintage Pharm, for William Propst Sr., for William Propst Jr. for [45-1] motion to Dismiss before Magistrate Judge David C. Keesler (mga) (Entered: 02/22/2005) |
| 02/23/2005 | 69 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. re [61-1] motion to Compel discovery w/memo in support (clc) (Entered: 02/23/2005) |
| 02/23/2005 | 70 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 02/23/2005) |
| 02/28/2005 | 71 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr. to Extend Time to and including 3/4/05 to reply to resp to mot referred to: Magistrate Judge David C. Keesler (clc) (Entered: 03/01/2005) |
| 03/01/2005 | 72 | SUPERSEDING INDICTMENT as to Vintage Pharm (1) count(s) 1s, 2s-20s, 21s-39s, 40s-61s, William Propst (2) count(s) 1s, 2s-20s, 21s-39s, 40s-61s, William Propst (3) count(s) 1s, 2s-20s, 21s-39s, 40s-61s , Qualitest Pharm (4) count(s) 1, 2-20, 21-39, 40-61 (clc) (Entered: 03/02/2005) |
| 03/01/2005 | 73 | MOTION by William Propst Sr. for Paul T. Hourihan to Appear Pro Hac Vice (clc) (Entered: 03/02/2005) |
| 03/01/2005 | | PHV Fee Paid Atty: Paul Hourihan as to William Propst Sr. in Amount $ 100.00 Receipt # 31548 (clc) (Entered: 03/02/2005) |
| 03/01/2005 | 74 | MOTION by William Propst Sr. for Nicholas Boyle to Appear Pro Hac Vice (clc) (Entered: 03/02/2005) |
| 03/01/2005 | | PHV Fee Paid Atty: Nicholas Boyle as to William Propst Sr. in Amount $ 100.00 Receipt # 31549 (clc) (Entered: 03/02/2005) |
| 03/01/2005 | 75 | SEALED STATUS REPORT by Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 03/02/2005) |
| 03/01/2005 | 75 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (clc) (Entered: 03/02/2005) |
| 03/01/2005 | 76 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr. granting [71-1] motion to Extend Time to and including 3/4/05 to reply to resp to mot to dism as to Vintage Pharm (1), William Propst (2), William Propst (3) ( Signed by Magistrate Judge David C. Keesler ) (ssh) (Entered: 03/02/2005) |
| 03/04/2005 | 77 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. in support of [61-1] motion to Compel discovery w/memo in support (ssh) (Entered: 03/07/2005) |
| 03/07/2005 | 78 | ORDER as to William Propst Sr. granting [74-1] motion for Nicholas Boyle to |

| | | |
|---|---|---|
| | | Appear Pro Hac Vice as to William Propst (2) ( Signed by Judge Graham C. Mullen ) (ssh) (Entered: 03/08/2005) |
| 03/08/2005 | 79 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr. (ssh) (Entered: 03/09/2005) |
| 03/16/2005 | 80 | SUMMONS Returned Executed as to Qualitest Pharm service accepted via fax per Atty Fialko (tob) (Entered: 03/16/2005) |
| 03/16/2005 | | Initial Appearance as to Qualitest Pharm held Dft informed of rights. Judge: David C. Keesler Court Rptr: FTR/mga AUSA: Holly Pierson (mga) (Entered: 03/25/2005) |
| 03/16/2005 | | Arraignment as to Qualitest Pharm held Judge: David C. Keesler Court Rptr: FTR/mga AUSA: Holly Pierson (mga) (Entered: 03/25/2005) |
| 03/21/2005 | 81 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm (bsw) (Entered: 03/23/2005) |
| 03/23/2005 | 82 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm, Response to Motion reset to 4/6/05 for Gvt to resp re: [61-1] motion to Compel discovery w/memo in support ( Signed by Judge Graham C. Mullen ) (bsw) (Entered: 03/23/2005) |
| 03/25/2005 | 83 | Arraignment Order as to Qualitest Pharm setting Calendar Call for 10:00 10/3/05 for Qualitest Pharm ; ( Signed by Magistrate Judge David C. Keesler ) (mga) (Entered: 03/25/2005) |
| 03/25/2005 | 84 | Standard Discovery Order as to Qualitest Pharm (mga) (Entered: 03/25/2005) |
| 03/29/2005 | 85 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm, Striking it's Order entered March 23, 2005 ( Signed by Judge Graham C. Mullen ) (ssh) (Entered: 03/30/2005) |
| 04/08/2005 | 86 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm denying as MOOOT [61-1] motion to Compel discovery w/memo in support as to Vintage Pharm (1), William Propst (2), William Propst (3) ( Signed by Magistrate Judge David C. Keesler ) (tob) (Entered: 04/08/2005) |
| 04/08/2005 | 87 | ORDER as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm, directing parties to file status report re: production of documents and witnessess ( Signed by Magistrate Judge David C. Keesler ) (tob) (Entered: 04/08/2005) |
| 04/08/2005 | 88 | RESPONSE by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. re [45-1] motion to Dismiss (sdc) (Entered: 04/08/2005) |
| 04/08/2005 | 89 | NOTICE of intent to file ex parte aff under seal by USA as to Vintage Pharm, William Propst Sr., William Propst Jr. (sdc) (Entered: 04/08/2005) |
| 04/12/2005 | 90 | MOTION by Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm for Reconsideration of [86-1] order denying deft's request for the issuance of subpoenas referred to: Magistrate Judge David C. Keesler (jlk) (Entered: 04/13/2005) |
| | | |

| 04/15/2005 | 91 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm (bsw) (Entered: 04/18/2005) |
|---|---|---|
| 04/19/2005 | 92 | SEALED Supplemental by Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm re: [91-1] sealed document (jlk) (Entered: 04/20/2005) |
| 04/19/2005 | 92 | SEALED DOCUMENT as to Vintage Pharm, William Propst Sr., William Propst Jr., Qualitest Pharm (jlk) (Entered: 04/20/2005) |
| 04/29/2005 | 93 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 90 Motion for Reconsideration of Court's order denying issuance of FDA subpoena (Hankins, Susan) (Entered: 05/03/2005) |
| 05/06/2005 | 94 | MOTION to Seal Document contents of US Opposition to deft's motion for access to certain grand jury materialsby USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit proposed order)(Hankins, Susan) (Entered: 05/10/2005) |
| 05/06/2005 | | #96 Document sealed as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. (Hankins, Susan) (Entered: 05/16/2005) |
| 05/11/2005 | 99 | Notice of Substitution of Counsel - Attorney update in case as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. Attorney Matthew T. Martens for USA; USA; USA and USA added. (Koechley, Jeanie) (Entered: 05/17/2005) |
| 05/12/2005 | 97 | RESPONSE in Support by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 90 Motion for Reconsideration (Hankins, Susan) (Entered: 05/17/2005) |
| 05/12/2005 | 98 | Joint STATUS REPORT by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. (Hankins, Susan) (Entered: 05/17/2005) |
| 05/18/2005 | 100 | SCHEDULING ORDER as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. . Signed by Judge David Keesler on 5/16/05. (Koechley, Jeanie) (Entered: 05/18/2005) |
| 05/19/2005 | | Document sealed as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. (Hankins, Susan) (Entered: 05/19/2005) |
| 05/23/2005 | 102 | SCHEDULING ORDER as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. All pretrial motions except motions in limine shall be filed on or before 5/31/05. Any oppositon or response to such motions will be filed on or before 6/28/05. Furthermore, any reply to any opposition or response shall be filed on or before 7/20/05. If the Court deems that oral argument is needed on any pretrial motion such hearing shall be set by the Court at a later date.. Signed by Judge Graham Mullen on 5/23/05. (Hankins, Susan) (Entered: 05/23/2005) |
| | | |

| 05/25/2005 | 103 | MOTION to Compel by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(Hankins, Susan) (Entered: 05/26/2005) |
| 05/31/2005 | 104 | MOTION to Suppress Evidence Based on the Govt improper use of the administrative process to conduct a criminal investigation by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11)(O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 105 | MOTION for Early Disclosure of Jencks Act Material by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 106 | MOTION for Bill of Particulars by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Attachments: # 1)(O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 107 | MOTION to Strike Surplusage by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 108 | MOTION to Dismiss the Wire Fraud and Related Conspiracy Counts for (1) Failure to state an offense under 18:1343 and (2)Unconstitutional Vagueness by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 110 | MOTION to Dismiss The Indictment under the Raley Doctrine by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (O'Brien, Tammy) (Entered: 06/03/2005) |
| 05/31/2005 | 111 | MOTION to Dismiss The Indictment on Vagueness Grounds by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Attachments: # 1 # 2)(O'Brien, Tammy) (Entered: 06/03/2005) |
| 06/03/2005 | 109 | MOTION to Dismiss Notice of Forfeiture by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (O'Brien, Tammy) (Entered: 06/03/2005) |
| 06/08/2005 | 112 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc re 103 MOTION to Compel (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Savage, Michael) (Entered: 06/08/2005) |
| 06/13/2005 | 113 | ORDER denying 90 Motion for Reconsideration as to Vintage Pharmaceuticals, Inc. (1), William Propst Sr. (2), William Propst Jr. (3), Qualitest Pharmaceuticals, Inc. (4). Signed by Judge David Keesler on 6/13/05. (Hankins, Susan) (Entered: 06/13/2005) |
| 06/17/2005 | 114 | RESPONSE in Support by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 103 MOTION to Compel Discovery (Anderton, Michelle) (Entered: 06/20/2005) |

| 06/28/2005 | 115 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 110 MOTION to Dismiss *Entrapment* (Savage, Michael) (Entered: 06/28/2005) |
|---|---|---|
| 06/28/2005 | 116 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 111 MOTION to Dismiss *on Vagueness Grounds* (Attachments: # 1 Exhibit 1 (Morton v. Norwich)(unpub)).# 2 Exhibit 2 (FDA Industry Guidance re: Levothyroxine (July 2001))# 3 Exhibit 3 (FDA Industry Guidance re: Good Practices (Feb 1997)(pp. 1-24).# 4 Exhibit 3 (FDA Industry Guidance re: Good Practices (Feb 1997)(pp. 25- 56).# 5 Exhibit 4 (FDA Investigations Operations Manual 2005)) (Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 117 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 104 MOTION to Suppress *Based on Administrative Process (Tweel)* (Attachments: # 1 Exhibit 1 (U.S. v. Vintage Consent Decree (Nov. 30 1998).# 2 Exhibit 2 (Vintage FDA EIR 11/06- 2 1/00).# 3 Exhibit 3 (FDA Form 483 Vintage 11/06-21/00).# 4 Exhibit 4 (Vintage 3/7/2001 "Shutdown Response" (#26106-26137).# 5 Exhibit 4 (Vintage 3/7/2001 "Shutdown Response" (# 26138-26162).# 6 Exhibit 5 (Frommmer Lawrence & Haug Letters dated 3/21/01 & 3/23/01).)(Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 118 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 109 MOTION to Dismiss *Notice of Forfeiture* (Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 119 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 108 MOTION to Dismiss *Wire Fraud & Conspiracy Counts* (Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 120 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 105 MOTION for Disclosure *of Jencks* (Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 121 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 107 MOTION to Strike *Surplusage* (Savage, Michael) (Entered: 06/28/2005) |
| 06/28/2005 | 122 | RESPONSE in Opposition by USA as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 106 MOTION for Bill of Particulars (Savage, Michael) (Entered: 06/28/2005) |
| 07/20/2005 | 123 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 111 MOTION to Dismiss *on Vagueness Grounds* (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 124 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 104 MOTION to Suppress *Evidence Based on Government's Improper Use of the Administrative Process to Conduct a Criminal Investigation* (Fialko, Christopher) (Entered: 07/20/2005) |

| 07/20/2005 | 125 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 108 MOTION to Dismiss *Wire Fraud and Related Conspiracy Counts* (Fialko, Christopher) (Entered: 07/20/2005) |
|---|---|---|
| 07/20/2005 | 126 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 109 MOTION to Dismiss *Notice of Forfeiture* (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 127 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 110 MOTION to Dismiss *the Indictment Under the Raley Doctrine* (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 128 | First MOTION to Unseal Document *the Affidavit of Jennifer Kaufman* by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc.. (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 129 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 105 MOTION for Disclosure *of Early Jencks Material* (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 130 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 106 MOTION for Bill of Particulars (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/20/2005 | 131 | REPLY TO RESPONSE to Motion by Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 107 MOTION to Strike *Surplusage* (Fialko, Christopher) (Entered: 07/20/2005) |
| 07/21/2005 | 132 | ORDER denying 105 Motion for Disclosure as to Vintage Pharmaceuticals, Inc. (1). Signed by Judge David Keesler on 7/21/05. (Wallace, Betsy) (Entered: 07/22/2005) |
| 07/22/2005 | 133 | ORDER granting 73 Motion for Leave to Appear Pro Hac Vice for Attorney Paul Hourihan for William Propst, Sr. as to William Propst Sr. (2). Signed by Judge Graham Mullen on 7/22/05. (Koechley, Jeanie) (Entered: 07/25/2005) |
| 07/25/2005 | 134 | ORDER as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. for submission of exparte documents to Judge Keesler re 103 MOTION to Compel filed by Qualitest Pharmaceuticals, Inc., . Signed by Judge David Keesler on 7/25/05. (Wallace, Betsy) (Entered: 07/27/2005) |
| 08/03/2005 | 135 | ORDER denying 106 Motion for Bill of Particulars as to Vintage Pharmaceuticals, Inc. (1), William Propst Sr. (2), William Propst Jr. (3), Qualitest Pharmaceuticals, Inc. (4). Signed by Judge David Keesler on 8/3/05. (Koechley, Jeanie) (Entered: 08/05/2005) |
| 08/04/2005 | 136 | ORDER as to Vintage Pharmaceuticals, Inc., William Propst, Sr, William Propst, Jr, Qualitest Pharmaceuticals, Inc. re 45 Motion to Dismiss; a hearing on the Motion to dismiss shall be held the week of 9/6/05. Signed by Judge David Keesler on 8/4/05. (Koechley, Jeanie) (Entered: 08/05/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/08/2005 12:33:22 | | | |
| **PACER Login:** | bw0126 | **Client Code:** | 200400246578 |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cr-00201 |
| **Billable Pages:** | 13 | **Cost:** | 1.04 |