# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **BARBARA D. GRAHAM;** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | * CASE NO. 2:05-cv-624A |
| | * |
| **WYETH d/b/a WYETH, INC.; WYETH** | * |
| **PHARMACEUTICALS, INC.; QUALITEST** | * |
| **PHARMACEUTICALS, INC.; BILL BLOUNT;** | * |
| **WALTER WILLIAMS, III; JENNIFER** | * |
| **ANDREWS; CHARLES H. PAYNE; BILL** | * |
| **RICHARDS, et al.,** | * |
| | * |
| **Defendants.** | * |

## SUPPLEMENTAL MOTION FOR EXPEDITED RULING

Plaintiff filed a Motion for Expedited Hearing on Plaintiff's Motion to Remand with this Court on July 8, 2005. As additional grounds for an expedited ruling, Plaintiff submits the following:

1. On July 21, 2005, the Joint Panel on Multidistrict Litigation (JPML) issued Conditional Transfer Order 50 (CTO-50). (Attached hereto as Exhibit A). CTO-50 includes this case for transfer to the Prempro Products Liability MDL Court in the United States District Court for the Eastern District of Arkansas. Pursuant to the transfer order, transfer of this case is imminent.

2. As Plaintiff stated in her original Motion for Expedited Hearing on the Motion to Remand, the judge in the MDL Court, Judge Wilson, has previously stated that he believes the transferor court is in the better position to address motions to remand. (Exhibit B at n.6).

3. Therefore, plaintiff respectfully requests the Court to rule on Plaintiff's Motion to Remand as soon as possible. If the Court determines that a hearing on the Motion to Remand would be helpful to the Court in expediting a ruling, Plaintiff stands ready to participate.

4. Plaintiff respectfully asserts, as she did in the Motion to Remand and Reply Brief, that this Court lacks subject matter jurisdiction and that this case is due to be remanded to the Circuit Court of Bullock County, Alabama. Any delay in ruling on the Motion to Remand will result in the unnecessary transfer of this case to the MDL.

For reasons stated in her original and this supplemental motion, Plaintiff moves this Court for an expedited ruling on the Motion to Remand.

Respectfully submitted this the 8th day of August, 2005.

/s/ Melissa A. Prickett
Jere L. Beasley
Andy D. Birchfield, Jr.
Ted G. Meadows
P. Leigh O'Dell
Melissa A. Prickett
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL  36103-4160

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the parties <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 8th day of August, 2005.

                                      /s/ Melissa A. Prickett
                                      Of Counsel

**Attorneys for Defendants Wyeth, Inc.**
**and Wyeth Pharmaceuticals, Inc.:**
Lee H. Copeland
Mitchell H. Boles
J. David Martin
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101

**Attorney for Defendant Charles Payne:**
Donald R. Jones, Jr.
2000 Interstate Park Drive
Montgomery, Alabama  36109


**Attorney for Defendant Qualitest Pharmaceuticals, Inc.:**
Emily Sides Bonds
Walston Wells Anderson & Birchall, LLP
Post Office Box 830642
Birmingham, Alabama  35283

Bill Blount
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey  07940

Walter Williams, III
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940

Jennifer Andrews
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940

Bill Richards
c/o Wyeth, Inc.
Five Giralda Farms
Madison, New Jersey 07940