IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, <br><br>    Plaintiff, <br><br> v. <br><br> WYETH d/b/a WYETH, INC. ; et al. <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO. 2:05-cv-624A |

**WYETH'S MOTION FOR LEAVE TO FILE SUR-REPLY AND
RESPONSE TO SUPPLEMENTAL MOTION FOR EXPEDITED RULING**

Defendants Wyeth (registered to do business in Alabama as Wyeth, Inc.) and Wyeth Pharmaceuticals Inc. (collectively "Wyeth"), request leave to file a Sur-Reply to Plaintiff's Reply Brief In Support of Motion to Remand and Plaintiff's Supplemental Motion for Expedited Ruling. Wyeth attaches its proposed Sur-Reply and Response as Exhibit 1. In support of this Motion, Wyeth states the following:

1. On July 1, 2005, Wyeth filed a Notice of Removal, the central argument of which was that the non-diverse defendants were fraudulently joined.

2. On July 8, 2005, plaintiff filed a Motion to Remand.

3. Plaintiff's Reply and Supplemental Motion misconstrues the law and uncontested facts currently before this Court.

4. In the interest of fairness and for the foregoing reasons, this Court should grant Wyeth an opportunity to file its sur-reply and response.

1

/s  Lee H. Copeland
Lee H. Copeland (ASB-3461-072L)

**Attorneys for Defendants**
**Wyeth a/k/a Wyeth, Inc.  and**
**Wyeth Pharmaceuticals Inc.**

**OF COUNSEL:**

Lee H. Copeland
Mitchel H. Boles
J. David Martin
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:    (334) 834-1180
Facsimile:    (334) 834-3172

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Jere L. Beasley**
  libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com
- **Andy D. Birchfield, Jr**
  andy.birchfield@beasleyallen.com
- **Emily Sides Bonds**
  ebonds@walstonwells.com
- **Donald R. Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Ted G. Meadows**
  ted.meadows@beasleyallen.com
  ann.kaufmann@beasleyallen.com;amy.brown@beasleyallen.com;jason.bell@beasleyallen.com
- **P. Leigh O'Dell**
  leigh.odell@beasleyallen.com
- **Myron C. Penn**
  myronpenn28@hotmail.com
- **Melissa A. Prickett**
  melissa.prickett@beasleyallen.com
  ann.kaufmann@beasleyallen.com;andy.birchfield@beasleyallen.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**William Walter, III**
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ  07940

**Bill Blount**
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ  07940

**Jennifer Andrews**
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ  07940

**Bill Richards**
c/o Wyeth d/b/a Wyeth, Inc.
Five Giralda Farms
Madison, NJ  07940

                                                   /s  Lee H. Copeland
                                                   Of Counsel