BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   MDL Docket No. 1507 – In re Prempro Products Liability Litigation

TO:   VIA FACSIMILE (202)502-2888 AND OVERNIGHT DELIVERY
MICHAEL J. BECK, CLERK OF THE PANEL
ONE COLUMBUS CIRCLE, N.E.
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ROOM G-255 NORTH LOBBY
WASHINGTON, D.C. 20002-8004

*Barbara Graham v. Wyeth., et al, M.D. Alabama, C.A. No. 2:05-624*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiff, by and through undersigned counsel, hereby files her Notice of Opposition to the Conditional Transfer Order dated July 21, 2005 on the following grounds:

1. Jurisdiction and venue of this matter are proper in the Circuit Court of Bullock County, Alabama.

2. The Defendants' Notice of Removal is improper.

3. The Defendants' ground for removal, namely, that there was fraudulent joinder, is incorrect. All of the relief sought by the Plaintiff in her complaint is founded upon state law claims.

4. This case is not properly removable under 28 U.S.C. § 1441. No federal court has subject matter jurisdiction over this non-diversity case originally filed in the Circuit Court of Bullock County, Alabama.

5. Plaintiff has filed a Motion to Remand with supporting brief which is currently pending before the United States District Court for the Middle District of Alabama.

6. Transfer is inappropriate because federal subject matter jurisdiction does not exist.

7. Transfer is inappropriate because this case involves only Alabama state law claims.

8. Transfer is inappropriate because common issues do not predominate over individual issues of fact.

9. Transfer of this case will not further the convenience of the parties and the witnesses.

10. Transfer will not advance the just and efficient conduct of this case.

11. Transfer is inappropriate because this case is not sufficiently complex and time consuming.

Respectfully submitted this 5th day of August, 2005.

*/s/ Melissa Prickett*

Jere L. Beasley
Andy D. Birchfield, Jr.
Ted G. Meadows
Melissa A. Prickett
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334)269-2343
Facsimile: (334)954-7555

Myron C. Penn
Penn & Seaborn
Post Office Box 688
Clayton, Alabama 36016

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 5th day of August, 2005.

*/s/ Melissa Prickett*
OF COUNSEL

| | | |
|---|---|---|
| Roberta E. Ashkin<br>Law Offices of Roberta Ashkin<br>400 East 70th Street<br>Suite 2205<br>New York, NY 10021 | Brian S. Campf<br>Williams, Love, O'Leary, Craine & Powers, P.C.<br>9755 S.W. Barnes Road<br>Suite 450<br>Portland, OR 97225 | William B. Curtis<br>Law Offices of Miller & Curtis<br>10000 North Central Expressway, Suite 1450<br>Dallas, TX 75231 |
| Penelope A. Dixon<br>Carlton Fields, P.A.<br>P. O. Box 3239<br>Tampa, FL 33607 | R. Deryl Edwards, Jr.<br>Law Offices of R. Deryl Edwards, Jr.<br>606 South Pearl Avenue<br>Joplin, MO 64801 | Diane Fenner<br>Fenner & Boles, LLC<br>1515 Market Street<br>Suite 1510<br>Philadelphia, PA 19102 |
| Kenneth B. Fromson<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburg, NY 12550 | Thomas V. Girardi<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | James E. Girards<br>Girards Law Firm<br>10000 North Central Expressway, Suite 750<br>Dallas, TX 75231 |
| Larry W. Glenn<br>Walther Glenn Law Associates<br>1034 S. Brentwood, Blvd.<br>Suite 1300<br>St. Louis, MO 63117 | Diane Hagan<br>915 Tollgate Road<br>Warwick, RI 02886 | Robert J. Healy, Jr.<br>Joyce & Reyes Law Firm<br>307 S. Hyde Park Ave.<br>Tampa, FL 33606 |
| F. Lane Heard, III<br>Williams & Connolly, LLP<br>Edward Bennett Williams Building<br>725 12th Street, N.W.<br>Washington, D.C. 20005 | Christopher M. Hohn<br>Thompson & Coburn<br>One U.S. Bank Plaza<br>St. Louis, MO 63101 | Carrie L. Hund<br>Bassford Remele, P.A.<br>33 South 6th Street<br>Suite 3800<br>Minneapolis, MN 55402 |
| William J. Judge, Jr.<br>Bavol Judge, P.A.<br>P. O. Box 1400<br>Tampa, FL 33602 | Harvey L. Kaplan<br>Shook, Hardy & Bacon<br>1200 Main Street<br>One Kansas City Place | Patrick Lysaught<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road, Suite 500 |

3

|  |  |  |
|---|---|---|
|  | Kansas City, MO 64105 | Kansas City, MO 64108 |
| Russell Marlin<br>Gary Eubanks & Associates<br>P. O. Box 3887<br>Little Rock, AR 72203 | James David Martin<br>Copeland, Franco, Screws &<br>Gill, P.A.<br>P. O. Box 347<br>Montgomery, AL 36101 | Howard B. Miller<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 |
| Larry O. Norris<br>P. O. Box 8<br>Hattiesburg, MS 39403 | James J. Pizzirusso<br>Cohen, Milstein, Hausfield &<br>Toll, PLLC<br>1100 New York Ave., N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005 | Lyn Peeples Pruitt<br>Mitchell, Williams, Selig,<br>Gates & Woodyard, PLLC<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock, AR 72201 |
| Alan Rothman<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | Gina Saelinger<br>Ulmer & Berne, LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202 | Ryan Vacca<br>Stinson & Morrison<br>100 South Fourth Street<br>Suite 700<br>St. Louis, MO 63102 |
| Charles Zimmerman<br>Zimmerman Reed<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402 |  |  |

4

| | | |
|---|---|---|
| Joseph S. Cohen<br>Beirne, Maynard & Parsons<br>1300 Post Oak Boulevard<br>Suite 2500<br>Houston, TX 77056 | F. Lane Heard, III<br>Williams & Connolly<br>Edward Bennett Williams<br>Building<br>725 12th Street, NW<br>Washington, DC 20005 | Paul R. Leitner<br>Leitner, Williams, Dooley &<br>Napolitan<br>Pioneer Bldg., Third Floor<br>801 Broad Street<br>Chattanooga, TN 37402 |
| Lewis F. Collins, Jr.<br>Butler Pappas<br>Bayport Plaza<br>3000 Bayport Dr., Ste. 1100<br>Tampa, FL 33607 | Margaret A. Hoffmann<br>Schwabe, Williamson &<br>Wyatt<br>Pacwest Center<br>1211 SW 5th Avenue<br>Suites 1600-1900<br>Portland, OR 97204 | Lauren Diane Levy<br>Butler, Pappas, Weihmuller, et<br>al.<br>80 S.W. 8th Street, Ste. 3300<br>Miami, FL 33130 |
| William M. Corley<br>Marks, Gray, PA<br>1200 River Place Boulevard<br>Suite 800<br>P.O. Box 447<br>Jacksonville, FL 32207 | Carrie L. Hund<br>Bassford Remele<br>33 South 6th Street, Ste. 3800<br>Minneapolis, MN 55402 | Barclay A. Manley<br>Fulbright & Jaworski<br>1301 McKinney, Ste. 5100<br>Houston, TX 77010 |
| Lyn Peeples Pruitt<br>Mitchell, Williams, Selig,<br>Gates & Woodyard<br>425 West Capitol Avenue<br>Suite 1800<br>Little Rock, AR 72201 | Alan R. Vickery<br>Sedgwick, Detert, Moran &<br>Arnold<br>1717 Main St., Ste. 5400<br>Dallas, TX 75201 | Russell Marlin<br>Gary Eubanks & Associates<br>P.O. Box 3887<br>Little Rock, AR 72203 |
| Thomas C. Rich<br>6 Executive Dr., Ste. 3<br>Fairview Heights, IL 62208 | Erik B. Walker<br>Hissey, Kientz & Herron<br>16800 Imperial Valley Dr.<br>Suite 130<br>Houston, TX 77060 | James David Martin<br>Copeland, Franco, Screws &<br>Gill, PA<br>P.O. Box 347<br>44 South Perry Street<br>Montgomery, AL 36101 |
| Alan E. Rothman<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | John Fletcher Walker, III<br>Sammons & Parker<br>218 North College Street<br>Tyler, TX 75702 | Rhett A. McSweeney<br>McSweeney & Fay<br>800 Washington Avenue, N.<br>Suite 506<br>Minneapolis, MN 55401 |
| Robert M. Schick<br>Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, TX 77002 | Michael A. Walsh<br>Strasburger & Price, LLP<br>901 Main Street, Ste. 4300<br>P.O. Box 50100<br>Dallas, TX 75202 | James A. Morris, Jr.<br>Provost, Umphrey, LLP<br>P.O. Box 4905<br>490 Park Street<br>Beaumont, TX 77704 |

Donna Solen
Cohen, Milestein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005

Karen F. Stallings
Locke, Liddell & Sapp
600 Travis Street
Chase Tower, Suite 3400
Houston, TX 77002

John Francis Potanovic
Henderson, Franklin, Starnes
1715 Monroe Street
P.O. Box 280
Ft. Myers, FL 33902

Dan K. Webb
Winston & Strawn, LLP
35 West Wacker Drive
46th Floor
Chicago, IL 60601

Shashi Patel
Hanen, Johnson & Spalding
910 Travis, Suite 1700
Houston, TX 77002

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107

Michael R. Munsey
Arrington, Schelin & Herrell, PC
P.O. Box 156
Lebanon, VA 24266

Kenneth M. Suggs
Suggs & Kelly, PA
P.O. Box 8113
Columbia, SC 29202

Darryl Tom
Burris, Wright, Slaughter & Tom, LLC
35 East Wacker Drive
Suite 500
Chicago, IL 60601