IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA D. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  Z:05-CV-624A |
| v. | ) | |
| | ) | |
| WYETH d/b/a WYETH, INC. ; | ) | |
| et al. | ) | |
| Defendants. | ) | |

STATE OF ALABAMA

COUNTY OF MONGOMERY

### Declaration of Dr. Stuart T. May Pursuant to 28 U.S.C. § 1746

1.      "My name is Dr. Stuart T. May.   I have been a physician practicing in Montgomery, Alabama, since 1976. I am board certified in obstetrics and gynecology.

2.      In my practice, many prescription drugs, including, Premarin, Prempro, and MPA products, have been detailed to me by various pharmaceutical sales representatives. Pharmaceutical sales representatives often provide me with promotional materials and information, as well as the FDA-approved prescribing information, for the products they promote.

3.      In providing gynecological care to my patients and in making my decision to prescribe a particular pharmaceutical product (including Premarin, Prempro and MPA), I do not rely upon the written promotional materials, oral statement or other "sales" information provided to me by pharmaceutical sales representatives.  Rather, I have always relied upon my medical education, my training, my experience, any FDA approved prescribing material for the product,

*Page 1 of 2*   Stuart T. May      8/1/05
Name                              Date

EXHIBIT H

medical literature, and the medical history of the particular patient in making my decision to

prescribe any prescription medication.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __1__<sup>st</sup>, 2005.


_____
(doctor)


Page 2 of 2    _Stuart T. May_    ____8/1/05____
                 Name                        Date