IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA D. GRAHAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. 2:05-CV-624A |
| v. | ) |
| | ) |
| WYETH d/b/a WYETH, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT QUALITEST PHARMACEUTICALS, INC.'S
MOTION TO ADOPT SUR-REPLY OF WYETH**

    Comes now defendant Qualitest Pharmaceuticals, Inc. ("Qualitest"), and requests leave of Court to adopt the Sur-Reply to Motion to Remand sought to be filed by Wyeth and Wyeth Pharmaceuticals, Inc.

    Respectfully submitted,

/s/ Emily Sides Bonds
Emily Sides Bonds (ASB 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)
Attorney for Defendant, Qualitest Pharmaceuticals, Inc.

OF COUNSEL:

**Walston Wells Anderson & Birchall, LLP**
1819 5th Ave. North, Ste 1100 (35203)
P.O. Box 830642
Birmingham, AL 35283-0642
Telephone: (205) 244-5235
Telecopier: (205) 244-5435

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August 2005, I electronically filed the foregoing Motion to Adopt Sur-Reply of Wyeth with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
:
Jere L. Beasley
libby.rayborn@beasleyallen.com and jere.beasley@beasleyallen.com

Lee H. Copeland, Esq.
Mitchell H. Boles, Esq.
copeland@copelandfranco.com and boles@copelandfranco.com

Donald R. Jones, Jr., Esq.
don@djoneslaw.com and kristi@djoneslaw.com

Myron C. Penn
myronpenn28@hotmail.com


and I hereby certify that I have mailed by U.S. Mail the foregoing to the following:

Bill Blount
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Walter Williams, III
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Jennifer Andrews
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940

Bill Richards
c/o Wyeth, Inc.
Five Giralda Farms
Madison, NJ 07940


                                        /s/ Emily Sides Bonds
                                            Of Counsel