**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

December 16, 2005

James W. McCormack, Clerk
U. S. District Court
Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol Avenue, Room 402
Little Rock, Arkansas 72201-3325

Re:    MDL 1507 - In re Prempro Products Liability Litigation
       Your Case No. 4:03cv1507 WRW
       MDAL Case No. 2:05cv624
       Barbara D. Graham v. Wyeth et al

Dear Mr. McCormack:

In response to your letter received December 13, 2005, please find enclosed our Court file in the above-styled cause.

Also enclosed is a certified copy of all docket entries along with conventionally filed document and a copy of electronically filed documents. Please acknowledge receipt by returning to us the enclosed copy of this letter.

If we can be of further assistance, please advise.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
    Deputy Clerk

Enclosures