**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece,

James W. McCormack, Clerk
U. S. District Court
Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol Avenue, Room 402
Little Rock, Arkansas 72201-3325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

J. Cauley    12·20·205

dress different from item 1? ☐ Yes
delivery address below: ☐ No

*entire file*

2:05CV624-

☐ Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0003 5812 1931

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540